E-filed 3/15/2017

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

ZULEIMA MILLAN,

    Plaintiff,

v.

FIDELITY CAPITAL HOLDINGS, INC.,

    Defendant.

Case No. 16-cv-04467-HRL

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 14

    The court issued an order to show cause re: settlement in January 2017, giving the parties until March 7, 2017, to file either a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a) or a response advising the court as to the status of the action. Dkt. No. 14. The order also set a show cause hearing for March 14, 2017. *Id.* The plaintiff (defendant has not yet appeared in this action) did not file a dismissal or a response and failed to attend the show cause hearing.

    As a result, the court orders the plaintiff to appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on April 25, 2017, at 10:00 AM and show cause, if any, why the case should not be dismissed for failure to prosecute. If a dismissal is filed prior to April 25, the Order to Show Cause hearing will be automatically vacated. **If plaintiff fails to attend the show cause hearing or file a dismissal, the court will dismiss this action for failure to prosecute**.

    **IT IS SO ORDERED.**

Dated: 3/15/2017

Howard R. Lloyd
United States Magistrate Judge